UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7874-UA (OP) | Date | **January 27, 2011** |
|---|---|---|---|
| Title | **Michael A. Farris v. B.M. Cash, et al.** | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | | |
|---|---|---|---|
| Maynor Galvez | N/A | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     IN CHAMBERS:   ORDER TO SHOW CAUSE RE: NON-PAYMENT OF FILING FEE

On October 20, 2010, Michael A. Farris ("Plaintiff") lodged with the Court for filing a Civil Rights Complaint pursuant to 42 U.S.C. § 1983. However, Plaintiff failed to pay the full filing fee of $350 and failed to submit an *in forma pauperis* application in order to proceed without payment of the full filing fee.

Accordingly, Plaintiff is ordered to show cause on or before February 24, 2011, why he should not be required to submit the required filing fee of $350. Alternatively, Plaintiff may submit the filing fee to the clerk's office prior to that date or submit an *in forma pauperis* application in order to proceed without payment of the full filing fee.

Failure to properly respond to this order to show cause will result in dismissal of this action without prejudice.

**IT IS SO ORDERED.**

cc:  All Parties of Record

                                                                                     _____ : _____
                                                Initials of Prepare        mg